```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 15157
   BRAD ALLEN WARRENBURG
   ANNETTE DIANA WARRENBURG                     CHAPTER 13

                                                JUDGE: JACQUELINE P COX
         Debtor
   SSN XXX-XX-3956     SSN XXX-XX-2230


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/19/2005 and was confirmed 06/13/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 03/07/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     SECURED NOT I       .00             .00            .00
FORD MOTOR CREDIT          SECURED          15400.05           .00       15400.05
FORD MOTOR CREDIT          SECURED          13819.33           .00       13819.33
BQTS ASSOCIATES            SECURED NOT I       .00             .00            .00
BQTS ASSOCIATES            UNSECURED           .00             .00            .00
SELECT PORTFOLIO SERVICI   SECURED NOT I       .00             .00            .00
CHASE BANK                 UNSECURED         2517.44           .00         2517.44
CARDINAL ACCOUNTS/INSTAN   UNSECURED       NOT FILED           .00            .00
SHERMAN ACQUISITION        UNSECURED         6169.37           .00         6169.37
DIRECT MERCHANTS BANK      UNSECURED       NOT FILED           .00            .00
ECMC                       UNSECURED         6834.17           .00         6834.17
ECAST SETTLEMENT CORP      UNSECURED         5537.22           .00         5537.22
STEPHEN C KOEHLER DDS      UNSECURED          449.20           .00          449.20
SELECT PORTFOLIO SERVICI   SECURED NOT I       .00             .00            .00
CHASE BANK                 SECURED NOT I     1559.56           .00            .00
BQTS ASSOCIATES            UNSECURED         7470.75           .00         7470.75
COUNTRYWIDE HOME LOANS     SECURED NOT I       .00             .00            .00
UAW FORD LEGAL SERVICE P   DEBTOR ATTY         .00                            .00
TOM VAUGHN                 TRUSTEE                                         3,648.94
DEBTOR REFUND              REFUND                                            105.62

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             61,952.09

PRIORITY                                      .00
SECURED                                 29,219.38
UNSECURED                               28,978.15
ADMINISTRATIVE                                .00
TRUSTEE COMPENSATION                     3,648.94

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 15157 BRAD ALLEN WARRENBURG & ANNETTE DIANA WARRENBURG
```

```
DEBTOR REFUND                                                105.62
                                        ---------------    ---------------
TOTALS                                        61,952.09         61,952.09
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 06/26/08                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE